UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Casualty and Surety Company of America , <br><br>    Plaintiff, <br><br>  v. <br><br> Portercon, Inc., <br><br>    Defendant. | Case No. 2:13-CV-1757 MCE EFB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Portercon, Inc. for Sum Certain Judgment as follows:

Damages: $82,000

Costs: $513.95

Total:  $82,513.95

Date: February 06, 2014                                             MARIANNE MATHERLY, CLERK

                                                                                    By: /s/ M. Marciel
                                                                                    Deputy Clerk