James D. Curran, Esq.,  SBN 126586
jcurran@wolkincurran.com
Shashauna Szczechowicz, Esq.,  SBN 249102
sszczechowicz@wolkincurran.com
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Plaintiff TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>PORTERCON, INC., a California corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01757-MCE-EFB<br><br>**ORDER ON *EX PARTE* APPLICATION BY TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA FOR ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR PORTERCON, INC.** |

The Court having reviewed the *Application for Order of Appearance and Examination of Judgment Debtor Portercon, Inc.* (Document Number 22), and supporting documentation submitted by Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers"), the Court determines good cause appearing therefore,

IT IS ORDERED that Travelers' *Application for Order of Appearance and Examination of Judgment Debtor Portercon, Inc.* is GRANTED.

IT IS FURTHER ORDERED that PORTERCON, INC., pursuant to California Code of Civil Procedure section 708.150, designate to personally appear and be examined by one

1  or more officers, directors, managing agents, or other persons who are familiar with its

2  property and before United States Magistrate Edmund F. Brennan, in Courtroom 8, 13th

3  Floor of the United States District Courthouse, Eastern District of California, located at 501

4  I Street, Sacramento, California 95814, on **April 16, 2014, at 9:30 a.m.**, to furnish

5  information to aid in enforcement of a money judgment against PORTERCON, INC.

6      IT IS FURTHER ORDERED that the person designated to appear on behalf of

7  PORTERCON, INC. bring with them the documents or objects on the attached list, in

8  PORTERCON, INC.'s possession or control.

9      **IT IS SO ORDERED.**

11  Dated: March 20, 2014.          _____
                                     UNITED STATES MAGISTRATE JUDGE

**NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. See CCP 708.110(e).**

### LIST OF DOCUMENTS REQUESTED

1. Bank statements from June 2010 through the present from all banks, or other financial institutions, where PORTERCON, INC. ("Portercon") has or had an account of any kind.

2. Business records from June 2010 through the present which reflects accounts payable, accounts receivables, assets, liabilities, and any other business expenses of Portercon.

3. Books of deposit, or other documents setting forth all deposits or receipts made by Portercon, or for its benefit, from June 2010 through the present in any savings and loan accounts, certificates of deposit or checking or other bank accounts.

4. Books of deposit, canceled checks, bank statements, check registers and other documents setting forth all disbursements made by Portercon from June 2010 through the present from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

5. All records of earnings showing all earnings of any sums received by Portercon from June 2010 through the present.

6. Documents concerning any income received or receivable by Portercon, from any source whatsoever other than current earnings from June 2010 through the present.

7. All records and court papers concerning any lawsuits in which Portercon is involved in any manner.

8. Portercon's federal and state income tax returns, W-2 Forms and supporting schedules from June 2010 through the present.

9. All documents in Portercon's possession or under your control from June 2010 through the present establishing monthly expenses for the following: rent, supplies, utilities, telephone, insurance (life, health, accident, liability, etc.), entertainment, incidentals, transportation, auto expenses (insurance, gas, oil, repair, etc.), and installment payments, including canceled checks showing payments of said charges, any and all bills, receipts, charge account statements and charge account receipts directly relating to said expenditures.

10. All deeds, leases, contracts and other documents representing any ownership interest Portercon has, had or may have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on real property during the past five (5) years.

11. All stocks, bonds, or other securities of any class Portercon owns, owned or may own, either separately or jointly with others, including options to purchase any securities during the past five (5) years.

12. All deeds, bills of sale, or other documents prepared or used in connection with any transfer of real property or personal property made by Portercon, either by gift, sales, or otherwise within the last five (5) years.

13. All evidence of any ownership interests, to include but not limited to, titles, bills of sale and registration certificates, to all motor vehicles, aircraft, water craft, equipment or heavy machinery owned by Portercon during the last five (5) years.

14. All trust agreements in which Portercon is named or was previously named a trustor, trustee or beneficiary during the past five (5) years.

15. All life insurance policies in which Portercon is either the insured or the beneficiary from June 2010 through the present.

16. All promissory notes held by Portercon and all other documents evidencing any money owed to Portercon, from June 2010 through the present.

17. Copies of all financial statements and loan applications submitted by Portercon, within the past five (5) years for the purpose of obtaining credit.

4.

1   18.   All financial statements for Portercon, or any business or partnership in
2   which Portercon has any ownership interest, filed or created from and during the past five
3   (5) years until present.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28